**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Amanda Jones and David Jones **V.** Henry Martinez, M.D., Henry
Martinez, M.D., P.A, Brett Baker, P.A., Foundation Surgery Affiliates
of Brazoria County d/b/a Brazoria County Surgery Center and
Brazoria County  Surgery Center

Appellate case number:    01-10-00933-CV

Trial court case number:  48281

Trial court:              412th Judicial District Court of Brazoria County

Date motion filed:        January 28, 2013

Party filing motion:      Appellees

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Evelyn Keyes
                        ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Keyes, Bland, and Sharp.


Date: May 1, 2013